# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SHAKIR UDDIN, an individual, | ) |
| | ) |
| Plaintiff, | ) **CASE NO. 6:15-cv-2043-Orl 28-GJK** |
| | ) |
| v. | ) |
| | ) |
| OCEAN TANS, INC., | ) |
| a Florida Corporation | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

    Plaintiff, Shakir Uddin, hereby notifies this Court that a settlement has been reached between the Parties, pending final execution of settlement documents and releases. Plaintiff estimates the parties will file a joint stipulation for dismissal with prejudice within fourteen (14) days.

    Respectfully submitted: February 11, 2016.

> */s/ Patrick Crotty*
> Patrick C. Crotty, Esq.
> 3800 S. Ocean Drive, Ste. 235
> Hollywood, FL 33019
> Phone 954-589-0588
> Fax 954-337-0666
> patrick@scottdowens.com
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11 February 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Patrick Crotty*
Patrick C. Crotty, Esq